STATE OF NEW JERSEY v. FRANCIS J. PELO, III.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. VICTOR WOLLEON.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. RAYMOND LOFTON.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. CRAIG A. SAXTON.

October 28, 1986.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSH E. POMPEY.

October 28, 1986.

Petition for certification denied.